UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COUNTY OF MONMOUTH, NEW
JERSEY, on behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                  Case No:   2:18-cv-201-FtM-29MRM

FLORIDA CANCER SPECIALISTS, P.L.
and WILLIAM N. HARWIN,

    Defendants.
_____/

## ORDER

Pending before the Court is Motion to Appear Pro Hac Vice (Doc. 31) filed on April 26, 2018.  Eamon O'Kelly requests that he be permitted to appear specially for Plaintiff, County of Monmouth, New Jersey.  The Court will allow Eamon O'Kelly to appear specially.

**IT IS HEREBY ORDERED:**

1) The Motion to Appear Pro Hac Vice (Doc. 31) is hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Eamon O'Kelly shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.

3) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on April 26, 2018.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2