UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COUNTY OF MONMOUTH, NEW
JERSEY, on behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                        Case No:   2:18-cv-201-FtM-29MRM

FLORIDA CANCER SPECIALISTS, P.L.
and WILLIAM N. HARWIN,

    Defendants.
_____/

## ORDER

Pending before the Court are the Motion for Permission for Elizabeth A. N. Haas to Appear *Pro Hac Vice* (Doc. 33), Motion for Permission for H. Holden Brooks to Appear *Pro Hac Vice* (Doc. 34), and Motion for Permission for Kate E. Gehl to Appear *Pro Hac Vice* (Doc. 35) filed on April 27, 2018.  Elizabeth A. N. Haas, H. Holden Brooks, and Kate E. Gehl request that they be permitted to appear specially for Defendants Florida Cancer Specialists, P.L. and William N. Harwin.  The Court will allow Elizabeth A. N. Haas, H. Holden Brooks, and Kate E. Gehl to appear specially.

    **IT IS HEREBY ORDERED:**

    1)    The Motion for Permission for Elizabeth A. N. Haas to Appear *Pro Hac Vice* (Doc. 33) is hereby **GRANTED**.

    2)    The Motion for Permission for H. Holden Brooks to Appear *Pro Hac Vice* (Doc. 34) is hereby **GRANTED**.

    3)    The Motion for Permission for Kate E. Gehl to Appear *Pro Hac Vice* (Doc. 35) is hereby **GRANTED**.

4)     Unless already completed, within fourteen (14) days from the date of this Order, Attorneys Elizabeth A. N. Haas, H. Holden Brooks, and Kate E. Gehl shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.

5)     The Clerk is directed to add Elizabeth A. N. Haas, H. Holden Brooks, and Kate E. Gehl to the service list.

6)     Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on April 27, 2018.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties