UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COUNTY OF MONMOUTH, NEW
JERSEY, on behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                      Case No:   2:18-cv-201-FtM-29MRM

FLORIDA CANCER SPECIALISTS, P.L.
and WILLIAM N. HARWIN,

    Defendants.
_____/

## ORDER

Pending before the Court is the Motion to Appear Pro Hac Vice, filed on May 21, 2018. (Doc. 43). Alexander D. Newman requests that he be permitted to appear specially for Plaintiff, County of Monmouth, New Jersey. The Court will allow Alexander D. Newman to appear specially.

**IT IS HEREBY ORDERED:**

1) The Motion to Appear Pro Hac Vice (Doc. 43) is hereby **GRANTED**.

2) The Clerk is directed to add Alexander D. Newman to the service list.

3) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Alexander D. Newman shall send the required fee to the Clerk's Office.

4) Unless already completed, within fourteen (14) days from the date of this Order, Counsel shall complete and submit the E-Filer Registration Form for CM/ECF. Failure to register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on May 21 2018.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties