UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COUNTY OF MONMOUTH, NEW
JERSEY, on behalf of itself and all others
similarly situated,

      Plaintiff,

v.                            Case No:   2:18-cv-201-FtM-23MRM

FLORIDA CANCER SPECIALISTS, P.L.
and WILLIAM N. HARWIN,

      Defendants.

_____/

## ORDER

Pending before the Court is the Motion to Appear *Pro Hac Vice*, filed on July 9, 2018.

(Doc. 70).  Nathaniel Ament-Stone requests that he be permitted to appear specially for Plaintiff,

County of Monmouth, New Jersey.  The Court will allow Nathaniel Ament-Stone to appear

specially.

**IT IS HEREBY ORDERED:**

1)     The Motion to Appear *Pro Hac Vice* (Doc. 70) is hereby **GRANTED**.

2)     The Clerk is directed to add Nathaniel Ament-Stone to the service list.

3)     Unless already completed, within fourteen (14) days from the date of this Order,

Attorney Nathaniel Ament-Stone shall send the required fee to the Clerk's Office.

4)     Unless already completed, within fourteen (14) days from the date of this Order,

Counsel shall complete and submit the E-Filer Registration Form for CM/ECF.  Failure to

register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on July 9, 2018.

_____

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties