UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COUNTY OF MONMOUTH,
NEW JERSEY

 Plaintiff,

v.            CASE NO. 2:18-cv-201-FtM-23MRM

FLORIDA CANCER SPECIALISTS,
P.L., et al.,

 Defendants.

_____/

### **ORDER**

In this antitrust class action, the plaintiff moves (Doc. 80) for preliminary approval of a settlement and to certify a proposed class for the purposes of the settlement. The defendants do not oppose the motion. Accordingly, the defendants' motion to dismiss (Doc. 47) is **DENIED WITHOUT PREJUDICE** as moot.

ORDERED in Tampa, Florida, on March 20, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE