# EXHIBIT 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

COUNTY OF MONMOUTH,
NEW JERSEY,

      Plaintiff,

v.                                 Case No.: 2:18-cv-00201-SDM-MRM

FLORIDA CANCER SPECIALISTS,
P.L., et al.,

      Defendants.
_____/

## MEDIATOR DECLARATION

Peter J. Grilli, the undersigned Mediator, declares as follows:

1. I mediated the above-captioned matter from August 23, 2018 to January 25, 2019.

2. On November 11, 12 and 13, I reviewed communications from counsel, relevant materials and the court file.

3. On November 14, 2018, I mediated in Tampa with counsel on both sides and representatives of defendants. This session lasted 8 hours. Although it was productive, the parties disagreed on many points, requiring further mediation sessions.

4. Another mediation session was held in Tampa, on January 4, 2019, again with counsel on both sides and representatives of defendants. This session lasted 3.5 hours. Although again it was productive, the parties continued to disagree significantly, again requiring further mediation sessions.

5. At the final Tampa mediation session on January 14, 2019, lasting 4 hours, agreement in principle was reached on important issues. The parties then expected to be able to conclude the negotiations with agreement by January 25, 2019.

6. In the final days before January 25, 2019, additional issues arose, giving occasion for counsel to seek mediation assistance. With further negotiations, these issues were resolved.

7. In all discussions in which I was involved, i.e. in resolving most of the salient issues inherent in a class action claim, I observed that both sides zealously and ethically advocated for

resolution in their clients' interest. I saw no indication of collusion between the two sides. While a professional demeanor of civility was always maintained, in the substance of the negotiation ground was yielded reluctantly and always with the effort to obtain reciprocal treatment from the other side.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2019 in Tampa, Florida.

_____
Peter J. Grilli, Esq.
Mediator