UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>Defendants. | Civil Case No.: 2:18-cv-00201-FtM-23 MRM |

**UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Rule 2.03(b), Local Rules for the Middle District of Florida, Plaintiff, County of Monmouth, New Jersey, on behalf of itself and all others similarly situated, respectfully requests entry of an order allowing the withdrawal of Nathaniel Ament-Stone as counsel for the Plaintiff, and in support of this motion, states as follows:

1. On July 9, 2018, this Court granted leave to Nathaniel Ament-Stone of the law firm of Robins Kaplan LLP to appear *Pro Hac Vice* on behalf of the Plaintiff, County of Monmouth, New Jersey, on behalf of itself and all others similarly situated.

2. Nathaniel Ament-Stone designated Lawrence A. Farese of the law firm of Robins Kaplan LLP, who is a member in good standing of the Florida Bar and is admitted to practice in this Court, and who consented to act and accept designation as local counsel for the Plaintiff in this case.

3. On July 12, 2019, Nathaniel Ament-Stone left the law firm of Robins Kaplan LLP to join another law firm, and will no longer represent Plaintiff. Lawrence A. Farese, Esq., Hollis Salzman, Esq., Kellie Lerner, Esq., Eamon O'Kelly, Esq., Alexander D. Newman, Esq., and K. Craig Wildfang, Esq., of the law firm of Robins Kaplan LLP, will remain as counsel of record for the Plaintiff in this matter.

4. Pursuant to Local Rule 2.03(b), this Motion is made after providing the required ten (10) days' notice to the Plaintiff and opposing counsel.

5. Pursuant to Local Rule 3.01(g), counsel for the Plaintiff has conferred with opposing counsel and confirmed that there is no opposition to the relief requested herein.

WHEREFORE, based on the foregoing, Plaintiff, County of Monmouth, New Jersey, on behalf of itself and all others similarly situated, respectfully requests the entry of an Order allowing Nathaniel Ament-Stone to withdraw his *Pro Hac Vice* appearance as counsel for Plaintiff in this action.

Dated: July 22, 2019.

Respectfully submitted,

By: /s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
**ROBINS KAPLAN LLP**
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
lfarese@robinskaplan.com

Hollis Salzman
Florida Bar No. 947751
Kellie Lerner
Admitted *Pro Hac Vice*
Eamon O'Kelly
Admitted *Pro Hac Vice*
Alexander D. Newman
Admitted *Pro Hac Vice*
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
*hsalzman@robinskaplan.com*
*klerner@robinskaplan.com*
*eokelly@robinskaplan.com*
*anewman@robinskaplan.com*

K. Craig Wildfang
Admitted *Pro Hac Vice*
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
*kcwildfang@robinskaplan.com*

***Counsel for Plaintiff, County of Monmouth, New Jersey, on behalf of itself and all others similarly situated***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 22, 2019, to all counsel of record by using the CM/ECF system, as follows:

Michael P. Matthews, Esq.
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33601
mmathews@foley.com
dguillen@foley.com

Elizabeth A.N. Haas, Esq.
Heather H. Brooks, Esq.
Kate E. Gehl, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue, Suite 3700
Milwaukee, Wisconsin 53202
ehaas@foley.com
hbrooks@foley.com
kgehl@foley.com

Emily F. O'Leary, Esq.
Foley & Lardner, LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
eoleary@foley.com
dcollins@foley.com

/s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar No. 252808
**ROBINS KAPLAN LLP**
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 430-7070 Telephone
(239) 213-1970 Facsimile
lfarese@robinskaplan.com

*Counsel for Plaintiff, County of Monmouth, New Jersey, on behalf of itself and all others similarly situated*