UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>        Defendants. | Case No. 2:18-cv-201-SDM-MRM |

**[PROPOSED] ORDER APPROVING THE SETTLEMENT
<u>AGREEMENT AND PLAN OF ALLOCATION</u>**

Having considered all papers filed in connection with the motions for (a) final approval of the Class Settlement and Plan of Allocation; and (b) an award of attorneys' fees, reimbursement of litigation costs, and a class representative incentive award, as well as statements made on the record, NOW, THEREFORE, IT IS HEREBY ORDERED:

Finding that the Settlement encompassed by the Settlement Agreement, as amended, and the Plan of Allocation is fair and reasonable and satisfies the requirements of Rules 23(a), 23(b)(3), and 23(e) of the Federal Rules of Civil Procedure and due process, the Court approves the Settlement and Plan of Allocation.

IT IS SO ORDERED.

DATED: _____  _____
CHIEF JUDGE STEVEN D. MERRYDAY
UNITED STATES DISTRICT COURT