# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>Defendants. | Case No. 2:18-cv-201-SDM-MRM |

### DECLARATION OF EAMON O'KELLY IN SUPPORT OF PLAINTIFF'S COUNSEL'S APPLICATION FOR (1) AN AWARD OF ATTORNEYS' FEES, (2) REIMBURSEMENT OF EXPENSES, AND (3) CLASS REPRESENTATIVE'S INCENTIVE AWARD

I, Eamon O'Kelly, declares as follows:

1. I am Of Counsel at Robins Kaplan LLP, counsel for Class Representative County of Monmouth, New Jersey, and Class Counsel in *County of Monmouth v. Fla. Cancer Specialists, P.L., et al.*, No. 2:18-cv-201 (M.D. Fla.). I have personal knowledge of the facts stated herein and, if called upon to do so, I could and would testify competently thereto.

2. I am submitting this declaration in support of Plaintiff's Counsel's Application for (a) an Award of Attorneys' Fees, (b) Reimbursement of Expenses, and (c) Class Representative's Incentive Award.

3. My law firm, Robins Kaplan LLP, has represented the Plaintiff since the inception of this lawsuit. In its Order dated June 5, 2019, preliminarily approving the Settlement Class, this Court appointed me Class Counsel for purposes of the Settlement.[1]

4. Michael D. Fitzgerald, Esq., of the Law Offices of Michael D. Fitzgerald, located at 1 Industrial Way West, Building B, Eatontown, New Jersey 07724, also acts as counsel to the Plaintiff in this action.

5. The initial investigation into this matter began on or around February 14, 2018. The initial Antitrust Class Action Complaint was filed on March 26, 2018, and the Antitrust Class Action Amended Complaint was filed on April 10, 2018.

6. Plaintiff's counsel's compensation for the services rendered on behalf of Plaintiff and the Settlement Class is wholly contingent. At the inception of the litigation Plaintiff's counsel were completely at risk that they would not receive any compensation for prosecuting these claims against the Defendants.

7. All attorneys, paralegals, and other professional staff at my firm are instructed to keep contemporaneous time records reflecting the time spent on this and other matters.

8. Attached hereto as Schdule 1 is a summary of the amount of time from February 14, 2018, through August 31, 2019, spent by the partners, associates, other attorneys, and other professional support staff at my firm who were involved in this litigation, including the number of hours worked, their rates, and their respective lodestar values. During that time, the firm's

---

[1] Unless otherwise defined, capitalized terms used in this declaration have the same meaning ascribed in (a) the Settlement Agreement (Doc. 80-1), (b) Plaintiff's and Proposed Class Counsel's Unopposed Motion for Preliminary Approval of Class Settlement and for Certification of Settlement Class, and Incorporated Memorandum of Law (Doc. 80), or (c) Plaintiff's and Proposed Class Counsel's Memorandum in Response to Order to Show Cause (Doc. 83).

attorneys and other professionals performed 1673.40 hours of relevant work in connection with this litigation with a total lodestar amount of $1,146,952.

9. The rates at which the firm seeks compensation are its usual and customary hourly rates charged for its attorneys' and professionals' services and do not include charges for expense items, which are billed separately. This schedule was prepared from contemporaneous, daily time records regularly maintained by my firm.

10. I have been informed by our co-counsel, Michael D. Fitzgerald, that during the period from February 14, 2018, through August 31, 2019, he performed 68.3 hours of relevant work in connection with this litigation with a lodestar amount of $35,857.50, based on his usual and customary hourly billing rate of $525 at the time.

11. As part of this litigation, Plaintiff's counsel and professional support staff:

(a) Conducted pre-complaint factual, legal and economic investigation arising out of reports of anticompetitive conduct in Oncology Services markets in Southwest Florida;

(b) Drafted and filed the initial Antitrust Class Action Complaint against FCS and alleged co-conspirator 21st Century Oncology LLC, investigated implications of 21st Century's petition for bankruptcy protection, and filed the Antitrust Class Action Amended Complaint;

(c) Negotiated the Case Management Report, Protective Order, and ESI Protocol with FCS, and attended the initial case management conference;

(d) Submitted an opposition to the Defendants' motion to dismiss;

(e) Between August and December 2018, received several rounds of pricing and collections data from FCS, and worked with economic consultants to analyze that data with a view towards possible settlement;

    (f) Prepared a mediation statement and participated in three mediation conferences;

    (g) Negotiated the Settlement Agreement with FCS;

    (h) Drafted and filed a motion for preliminary approval of the Settlement, and filed a response to Court's Order to Show Cause;

    (i) Sought competitive bids from escrow agents, and retained Huntington National Bank;

    (j) Sought competitive bids from notice and settlement administrators, and retained Epiq;

    (k) Engaged in extensive discussions with FCS and 21st Century regarding the production of electronic collections data in sufficient detail to enable Epiq to run the notice and settlement distribution program; and

    (l) Drafted and filed motions for final approval of the Settlement, for approval of an incentive award for Class Representative County of Monmouth, New Jersey, and for an award of attorneys' fees and costs.

   12. Further work remains to be done by Plaintiff's counsel. This includes:

    (a) After the September 20, 2019, deadline for class members to opt out, determining whether the Exclusion Amount described in paragraph 40 of the Settlement Agreement has been triggered;

    (b) If the Exclusion Amount has been triggered, discussing with FCS whether it intends to terminate the Settlement or, in the alternative, if the Settlement Fund amount is to be reduced as provided in the Agreement;

(c) Assuming that the Settlement is not terminated, filing responses to objections to the Settlement on October 15, 2019;

(d) Preparing for and participating in the fairness hearing;

(e) If the Court grants final approval to the Settlement and there is no appeal from the Court's decision, working with the Settlement administrator to determine the amounts to be paid to each class member and overseeing the distribution of the Settlement award; and

(f) If there is an appeal from the Final Approval Order, responding to the appeal at the Eleventh Circuit.

13. The case presented difficult and complex legal issues, including tolling of the statute of limitations, antitrust standing, the definition of relevant product markets, and class-wide antitrust liability and damages, among others.

14. The process of analyzing FCS's pricing and collections data for purposes of a damage analysis was particularly complex and difficult, and raised several novel issues. For example, FCS treated patients with 23 different types of cancers during the Class period, each of which required different diagnostic and treatment regimes. In order to perform an overcharge damage analysis, it was necessary to compare the treatment regimes and costs of treatment for each type of cancer in the relevant geographic market in Southwest Florida with benchmarks derived from corresponding treatments and costs in other parts of Florida. It was also necessary to devise an economic methodology that would account for statistical outliers among patient groups (for example, patients who received significantly less or more treatments than average for a particular cancer type, or patients whose cancer recurred and who thus required treatment over multiple years).

15. Plaintiff's counsel's work has greatly benefited the class. The Plaintiff disseminated the notice of the Settlement to Class members on July 22, 2019, and so far, there has been just one objection to the Settlement.

16. All of the services performed by Robins Kaplan LLP and the Law Offices of Michael D. Fitzgerald in connection with this litigation were reasonably necessary in the prosecution of this case. There has been no unnecessary duplication of services for which Plaintiff's counsel now seeks compensation.

17. During the period February 14, 2018, through August 31, 2019, Robins Kaplan LLP incurred unreimbursed expenses in connection with the prosecution of the litigation in the sum of $68,939.38. Of that amount, $54,075 represents fees paid to Plaintiff's economic consultants for their assistance with the damage analysis. These expenses were reasonably and necessarily incurred in connection with this litigation and are detailed in the chart attached hereto as Schedule 2.

18. The expenses incurred are reflected on the books of Robins Kaplan LLP. These books and records are prepared from checks, expense vouchers, electronic payment records, and other source materials that are regularly kept and maintained by the firm, and accurately represent the expenses incurred. None of the expenses have previously been reimbursed.

19. The notice and settlement administrator Epiq has provided us with an estimate of $251,862 for all of its work on this matter, plus $4,794.20 for publication costs. Pursuant to Paragraph 35 of the Settlement Agreement, $39,069.69 has already been paid to Epiq for providing notice to the Class. The remaining $217,586.51 is only an estimate, and it is possible that the final amount to be paid to Epiq will be higher, possibly as much as $260,000. A copy of Epiq's estimate is attached hereto as Schedule 3.

20. The Class Representative, County of Monmouth, New Jersey, has served the Class throughout the litigation. Prior to filing the Complaint, the Class Representative assisted with the initial factual investigation of the claims. Throughout the litigation, the Class Representative reviewed documents prior to filing, and monitored the status of this litigation. To aid the settlement efforts, the Class Representative provided Class Counsel with records of payments to Defendants to assist with the damages analysis, and following the settlement negotiations between Class Counsel and the Defendants' counsel, considered whether the Settlement as negotiated was fair and reasonable. The Class Representative should be compensated for its efforts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2019

_____
Eamon O'Kelly

# Schedule 1

## Schedule 1
## Florida Cancer Treatment Centers

Firm Name: Robins Kaplan LLP
Reporting Period: Inception through August 31, 2019

| Name | Title | Hourly Rate | Cumulative Hours | Cumulative Lodestar |
|---|---|---|---|---|
| Lawrence A. Farese | P | $770.00 | 54.3 | $41,811.00 |
| Lawrence A. Farese | P | $815.00 | 2.4 | $1,956.00 |
| Hollis Salzman | P | $900.00 | 16.8 | $15,120.00 |
| Hollis Salzman | P | $925.00 | 12.2 | $11,285.00 |
| Kellie C. Lerner | P | $800.00 | 67.0 | $53,600.00 |
| Kellie C. Lerner | P | $825.00 | 1.2 | $990.00 |
| Meegan F. Hollywood | P | $700.00 | 10.9 | $7,630.00 |
| Meegan F. Hollywood | P | $740.00 | 5.4 | $3,996.00 |
| Scott F. Gautier | P | $825.00 | 9.3 | $7,672.50 |
| Bernard Persky | OC | $950.00 | 1.7 | $1,615.00 |
| Eamon O'Kelly | OC | $890.00 | 267.0 | $237,630.00 |
| Eamon O'Kelly | OC | $900.00 | 429.3 | $386,370.00 |
| Benjamin D. Steinberg | A | $580.00 | 10.1 | $5,858.00 |
| Justin D. Krieg | A | $455.00 | 30.6 | $13,923.00 |
| Michael A. Kolcun | A | $715.00 | 25.0 | $17,875.00 |
| Alexander D. Newman | A | $430.00 | 123.8 | $53,234.00 |
| Noelle Feigenbaum | A | $545.00 | 0.1 | $54.50 |
| Rebecca Marie Vaccariello | A | $425.00 | 7.5 | $3,187.50 |
| Bridget S. Stubblefield | A | $465.00 | 31.0 | $14,415.00 |
| Yvonne Saadi | A | $560.00 | 137.8 | $77,168.00 |
| Nahid A. Shaikh | A | $465.00 | 46.8 | $21,762.00 |
| Michael T. Delaney | A | $560.00 | 2.7 | $1,512.00 |
| Nathaniel C. Ament-Stone | A | $465.00 | 56.9 | $26,458.50 |
| Nathaniel C. Ament-Stone | A | $545.00 | 140.1 | $76,354.50 |
| Adam C. Mendel | A | $545.00 | 29.6 | $16,132.00 |
| Toni L. Kriberscheck | PL | $200.00 | 13.6 | $2,720.00 |
| Toni L. Kriberscheck | PL | $215.00 | 1.6 | $344.00 |
| Audra M. O'Rourke | PL | $310.00 | 32.8 | $10,168.00 |
| Audra M. O'Rourke | PL | $320.00 | 2.2 | $704.00 |
| Jeffrey D. Baum | PL | $325.00 | 9.1 | $2,957.50 |
| Jeffrey D. Baum | PL | $335.00 | 1.5 | $502.50 |
| Angela A Matsuoka | PL | $245.00 | 1.0 | $245.00 |
| Jle A. Tarpeh | PL | $335.00 | 1.5 | $502.50 |
| Ryan S. Willoughby | PL | $325.00 | 0.3 | $97.50 |
| Ryan S. Willoughby | PL | $335.00 | 2.1 | $703.50 |

| Name | Role | Rate | Hours | Total |
|---|---|---|---|---|
| Richard R. Zabel | O | $650.00 | 6.8 | $4,420.00 |
| Michael D. Dirksen | O | $295.00 | 3.0 | $885.00 |
| Ashley N. Emershaw | O | $320.00 | 77.9 | $24,928.00 |
| Ashley N. Emershaw | O | $330.00 | 0.5 | $165.00 |
| TOTALS | | | 1,673.4 | $1,146,952.00 |

Partner (P)
Of Counsel (OC)
Associate (A)
Paralegal (PL)
Other (O)

# Schedule 2

## Schedule 2
## Florida Cancer Treatment Centers

Firm Name: Robins Kaplan LLP
Reporting Period: Inception through August 31, 2019

| Disbursement | Amount |
|---|---|
| Electronic Research | $1,996.55 |
| Filing / Misc. Fees | $1,497.00 |
| Mediation / Arbitration | $4,200.00 |
| Overnight Delivery/Messengers | $184.01 |
| Photocopying | $369.97 |
| Service of Process Fees | $212.20 |
| Telephone / Fax | $78.58 |
| Transportation / Meals / Lodging | $6,326.07 |
| Expert Fees | $54,075.00 |
| **TOTAL** | **$68,939.38** |

# Schedule 3

**epiq**

**CLASS ACTION & CLAIMS SOLUTIONS**
**Estimate for Administration**
**9/5/2019**

# Florida Cancer Specialists Antitrust Litigation

## Project Requirements and Estimated Volumes

| | |
|---|---|
| Total Population | 94,583 |
| Total DeDuped Population | 94,583 |
| Percentage that Paid for treatment | 100% |
| Total # of individuals that paid for treatment | 94,583 |
| Number of Insurance companies | 25 |
| Mail Notice Population | 94,608 |
| Percentage of Undeliverable mail | 30% |
| Toll-Free Phone with IVR | Yes |
| Contact Center Agent Support | Yes |
| Informational Website | Yes |
| Claim Response Rate from Insurance Companies (90% of payments were made by insurance companies) | 100% |
| Claim Response Percentage from Individuals | 100% |
| Estimated Claims Received | 94,583 |
| Case Duration (Months) | 9 |
| Mailing Packet Content | 8-image Notice |
| Mailing Packet Format | Inserted into a Windowed Envelope |

## Summary Estimate

| | |
|---|---|
| Data Standardization and Class Notice | $ 50,378 |
| Project Management and Reporting | $ 27,300 |
| Website Hosting and Client Dashboard | $ 10,900 |
| Toll-Free Contact Center | $ 24,468 |
| Claims Processing and Claimant Support | $ 2,870 |
| Distribution and Fund Management | $ 40,664 |
| Postage and Expenses | $ 95,282 |
| **Total Estimate** | **$ 251,862** |

**epiq** CLASS ACTION & CLAIMS SOLUTIONS
Estimate for Administration
9/5/2019



**CLASS ACTION & CLAIMS SOLUTIONS**
Estimate for Administration
9/5/2019

## Detailed Estimate

# Florida Cancer Specialists Antitrust Litigation

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Data Standardization and Class Notice** | | | | |
| Import and Standardize Data* | Per File | $ 1,000 | 4 | $ 4,000 |
| Data Analyst | Per Hour | $ 140 | 12 | $ 1,680 |
| Forms Set-up and Mailing Coordination | Per Layout | $ 1,000 | 1 | $ 1,000 |
| NCOA Address Update ($500 minimum) | Per 1,000 | $ 2.00 | 95 | $ 500 |
| Print/Fold Notice Packet | Printed as Lot | $ 0.260 | 94,608 | $ 24,598 |
| Record Undeliverable Mail | Per Piece | $ 0.19 | 28,382 | $ 5,393 |
| Enter Change of Address - Postal Forward | Per Address | $ 0.45 | 1,419 | $ 639 |
| AllFind Address Locator | Per SSN | $ 0.25 | 26,963 | $ 6,741 |
| Notice Request Fulfillment & Remails | Per Piece | $ 0.35 | 16,651 | $ 5,828 |
| *Data provided must meet Epiq data standards. Epiq can standardize data at additional cost of $140/hr. | | | | **$ 50,378** |
| **Project Management** | | | | |
| Project Manager | Per Hour | $ 150 | 60 | $ 9,000 |
| Project Coordinator | Per Hour | $ 90 | 80 | $ 7,200 |
| Technical Project Manager | Per Hour | $ 115 | 60 | $ 6,900 |
| Data Analyst and Reporting | Per Hour | $ 140 | 30 | $ 4,200 |
| | | | | **$ 27,300** |
| **Website and Reporting** | | | | |
| Static Website Deployment and Testing | Per Language | $ 1,500 | 1 | $ 1,500 |
| On-Line Data-Capture Module | Per Hour | $ 190 | 40 | $ 7,600 |
| Website Hosting | Per Month | $ 200 | 9 | $ 1,800 |
| | | | | **$ 10,900** |

**epiq** — CLASS ACTION & CLAIMS SOLUTIONS
Estimate for Administration
9/5/2019

# Florida Cancer Specialists Antitrust Litigation

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Toll-Free Contact Center** | | | | |
| IVR Configuration and Recording | Per Language | $ 2,000 | 1 | $ 2,000 |
| IVR Maintenance Fee | Per Month | $ 200 | 9 | $ 1,800 |
| IVR Minutes of Use | Per Minute | $ 0.19 | 33,104 | $ 6,290 |
| Notice Request Transcription | Per Record | $ 0.55 | 473 | $ 260 |
| Contact Center Agent - Training | Per Hour | $ 80 | 8 | $ 640 |
| Phone Agents - Dedicated | Per Hour | $ 50 | - | $ - |
| Phone Agents - Shared | Per Minute | $ 0.95 | 14,187 | $ 13,478 |
| | | | | $ 24,468 |
| **Claims Processing and Claimant Support** | | | | |
| Standard Claim - Intake and OCR | Per Claim | $ 2.25 | - | $ - |
| On-Line Claim Receipt | Per Claim | $ 0.55 | - | $ - |
| Scanning and Image Storage | Per Image | $ 0.10 | - | $ - |
| Claims Review | Per Hour | $ 70 | - | $ - |
| Quality Assurance | Per Hour | $ 80 | - | $ - |
| Claimant Notification Letters | Per Letter | $ 0.65 | - | $ - |
| Correspondence Review and Response | Per Hour | $ 70 | 40 | $ 2,800 |
| Opt Out and Objection Reporting | Per Document | $ 3.50 | 20 | $ 70 |
| | | | | $ 2,870 |
| **Distribution and Fund Management** | | | | |
| Escrow Management | Per Year | $ 3,500 | 1 | As incurred |
| Programming Distribution Calculation | Per Hour | $ 140 | 24 | $ 3,360 |
| Check Run Coordination (w/2 Reissue Runs) | Per Hour | $ 65 | 30 | $ 1,950 |
| Account Management and Reconciliation | Per Hour | $ 75 | 30 | $ 2,250 |
| Print 1-image Check with Stub | Per Check | $ 0.35 | 94,583 | $ 33,104 |
| | | | | $ 40,664 |

**Total Estimated Administration Fee**   $ 156,580

# epiq

**CLASS ACTION & CLAIMS SOLUTIONS**
Estimate for Administration
9/5/2019

## Florida Cancer Specialists Antitrust Litigation

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Postage and Expenses** | | | | |
| Post Office Box - Dedicated | Per 6 Months | $ 800 | 1.5 | waived |
| Postage* - Notice | Per Piece | $ 0.428 | 111,259 | $ 47,619 |
| Postage* - Letters | Per Piece | $ 0.500 | - | $ - |
| Postage* - Distribution | Per Piece | $ 0.459 | 94,583 | $ 43,414 |
| Postage* - Form 1099s | Per Piece | | - | $ - |
| Photocopies, Delivery and Box Storage | As Used | | | $ 250 |
| Translation | As Used | | | $ - |
| Bank Fees - Account | Per Month | $ 250 | 6 | $ 1,500 |
| Settlement Fund (QSF) Income Tax Return | Per Year | $ 2,500 | 1 | $ 2,500 |
| *Discounted rates as applicable | | | | $ 95,282 |

| | | |
|---|---|---|
| **Total Estimated Costs** | $ | 95,282 |
| **Total Estimate** | $ | 251,862 |
| paid | | 39,069.69 |
| remaining | $ | 212,793 |

Estimate does not include sales tax where applicable.

## Standard Rates

| | |
|---|---|
| Clerical and Data Entry | $ 50.00 |
| Contact Center (Dedicated) | $ 50.00 |
| Contact Center (Shared Per Minute) | $ 1.05 |
| Claims Analyst & Check/Mailing Coordinator | $ 70.00 |
| Claims Specialist and Account Reconciliation | $ 80.00 |
| Project Coordinator | $ 100.00 |
| Technical Project Manager | $ 125.00 |
| Data Analyst and Reporting | $ 140.00 |
| Project Manager & Disbursement Manager | $ 165.00 |
| Sr. Project Manager & Software Engineer | $ 190.00 |
| Project Director | $ 225.00 |
| Client Services and Call Center Managers | $ 275.00 |
| Executive Management and Testimony | $ 375.00 |
| Photocopy or Image | $ 0.12 |
| Box Storage (Per Box/Per Month) | $ 3.50 |
| Long Distance, Per Minute | As Used |

**epiq**

CLASS ACTION & CLAIMS SOLUTIONS
Estimate for Administration
9/5/2019

# Florida Cancer Specialists Antitrust Litigation

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| Estimate Valid Until: | 12/4/2019 | | | |