# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>    Defendants. | Case No. 2:18-cv-201-SDM-MRM |

**[PROPOSED] ORDER GRANTING (1) AN AWARD OF ATTORNEYS' FEES, (2) REIMBURSEMENT OF EXPENSES, AND <u>(3) CLASS REPRESENTATIVE'S INCENTIVE AWARD</u>**

Having considered all papers filed in connection with the motions for (a) final approval of the Class Settlement and Plan of Allocation; and (b) an award of attorneys' fees, reimbursement of litigation costs, and a class representative incentive award, as well as statements made on the record, NOW, THEREFORE, IT IS HEREBY ORDERED:

Plaintiff's Counsel shall be paid $2,156,250 as their attorneys' fees, and $68,939 as reimbursement of litigation costs through August 31, 2019, from the Settlement Fund within 10 days after the Effective Date (as defined in the Settlement Agreement) via electronic transfer paid to an account designated by Class Counsel. The Court finds this amount to be fair and reasonable, and supported by the declarations of Class Counsel, other evidence in the record, and by applicable legal standards.

Plaintiff, County of Monmouth, New Jersey, shall be paid an incentive award in recognition of its efforts on behalf of the Settlement Class in the amount of $2,500. Payment shall be made from the Settlement Fund within 10 days after the Effective Date (as defined in the Settlement Agreement) via check to Plaintiff, in care of Class Counsel. The Court finds this amount to be fair and reasonable, and sufficiently supported.

IT IS SO ORDERED.

DATED: _____    _____
CHIEF JUDGE STEVEN D. MERRYDAY
UNITED STATES DISTRICT COURT