UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COUNTY OF MONMOUTH, NEW
JERSEY, on behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                     Case No.:  2:18-cv-201-FtM-23MRM

FLORIDA CANCER SPECIALISTS, P.L.
and DR. WILLIAM N. HARWIN,

    Defendants.
_____/

## **ORDER**

Pending before the Court is the Motion to Appear Pro Hac Vice and Written Designation and Consent to Act, filed on September 10, 2019. (Doc. 94).  Adam C. Mendel requests that he be permitted to appear specially for Plaintiff, County of Monmouth, New Jersey.  The Court will allow Adam C. Mendel to appear specially.

Therefore, the Court **ORDERS** the following:

1)     The Motion to Appear Pro Hac Vice and Written Designation and Consent to Act (Doc. 94) is hereby **GRANTED**.

2)     The Clerk is directed to add Adam C. Mendel to the service list.

3)     Unless already completed, within fourteen (14) days from the date of this Order, Adam C. Mendel must send the required fee to the Clerk's Office.

4)     Unless already completed, within fourteen (14) days from the date of this Order, Adam C. Mendel must complete and submit the E-Filer Registration Form for CM/ECF.  Failure to register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on September 12, 2019.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties