# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>   Defendants. | Case No. 2:18-cv-201-SDM-MRM |

**DECLARATION OF ADAM C. MENDEL IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR REIMBURSEMENT OF EXPENSES**

1. I am an associate at Robins Kaplan LLP and counsel for named Plaintiff Monmouth County, New Jersey, in *County of Monmouth v. Fla. Cancer Specialists, P.L., et al.*, No. 2:18-cv-201 (M.D. Fla.). I have personal knowledge of the facts stated herein and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiff's motion for reimbursement of expenses in connection with its class settlement with Defendants Florida Cancer Specialists & Research Institute, LLC, f/k/a Florida

Cancer Specialists, P.L., and Dr. William N. Harwin (collectively, "Defendants" or "FCS").

3. On September 9, 2019, my firm submitted an application for an award of attorneys' fees, reimbursement of expenses, and a class representative incentive award. ECF No. 93. In this application, Plaintiff sought reimbursement of expenses incurred through August 31, 2019. The Court granted this application on March 17, 2020. ECF No. 104.

4. From September 1, 2019, through March 31, 2021, my firm incurred an additional $1,927.37 in expenses. These expenses included: (1) travel and meals ($1,139.65); (2) copies and document conversion ($475.00); (3) filing fees ($150.00); (4) electronic research ($105.96); and (5) mail and delivery ($56.76). These expenses were incurred mainly in connection with attending the October 31, 2019 fairness hearing.

5. These expenses were reasonably incurred in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2021.

                                        */s/Adam C. Mendel*
                                        Adam C. Mendel
                                        ROBINS KAPLAN LLP
                                        399 Park Avenue, Suite 3600
                                        New York, New York 10022
                                        Telephone: (212) 980-7400
                                        Fax: (212) 980-7499
                                        Email: amendel@robinskaplan.com

                                        *Attorney for Plaintiff*