# EXHIBIT D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>Defendants. | Case No. 2:18-cv-201-SDM-MRM |

**DECLARATION OF MICHAEL D. FITZGERALD IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR REIMBURSEMENT OF EXPENSES**

1. I am Michael D. Fitzgerald of the Law Office of Michael D. Fitzgerald and counsel for named plaintiff Monmouth County, New Jersey, in *County of Monmouth v. Fla. Cancer Specialists, P.L., et al.*, No. 2:18-cv-201 (M.D. Fla.). I have personal knowledge of the facts stated herein and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiff's motion for reimbursement of expenses in connection with its class settlement with Defendants Florida Cancer Specialists & Research Institute, LLC, f/k/a Florida Cancer Specialists, P.L., and Dr. William N. Harwin.

3. On September 9, 2019, Plaintiff submitted an application for an award of attorneys' fees, reimbursement of expenses, and a class representative incentive award. ECF No. 93. In this application, Plaintiff sought reimbursement of expenses incurred through August 31, 2019. The Court granted this application on March 17, 2020. ECF No. 104.

1

4. My firm has since incurred an additional $1,130.66 in expenses in connection with the October 29, 2019 fairness hearing. These expenses included: (1) air transportation ($754.60); (2) lodging ($172.15); (3) ground transportation ($105.73); and (4) meals ($98.18).

5. These expenses were reasonably incurred in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of April, 2021.

_____
Michael D. Fitzgerald
LAW OFFICES OF MICHAEL D. FITZGERALD
1 Industrial Way, West Building B
Eatontown, NJ 07724
Telephone: (732) 223-2200
Fax: (732) 223-7299
Email: mdfitz@briellelaw.com

*Counsel for Plaintiff and the Proposed Class*