UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COUNTY OF MONMOUTH,
NEW JERSEY

    Plaintiff,

v.                                       CASE NO. 2:18-cv-201-SDM-MRM

FLORIDA CANCER SPECIALISTS,
P.L., et al.,

    Defendants.
_____/

## ORDER

The plaintiff's unopposed motion (Doc. 107) for an attorney's fee and costs is **REFERRED** to the United States Magistrate Judge Mac McCoy for report and recommendation.

ORDERED in Tampa, Florida, on August 27, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE