UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA CANCER SPECIALISTS, P.L.; and DR. WILLIAM N. HARWIN,<br><br>Defendants. | Case No. 2:18-cv-201-SDM-MRM |

### DECLARATION OF EAMON O'KELLY IN SUPPORT OF PLAINTIFF'S BRIEF IN RESPONSE TO THE COURT'S DECEMBER 28, 2021 ORDER

1. I am Of Counsel at Robins Kaplan LLP, and am Class Counsel and counsel for named plaintiff Monmouth County, New Jersey, in *County of Monmouth v. Fla. Cancer Specialists, P.L., et al.*, No. 2:18-cv-201 (M.D. Fla.). I have personal knowledge of the facts stated herein and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Brief in Response to the Court's December 28, 2021 Order.[1]

---

[1] Unless otherwise defined, capitalized terms have the same meaning ascribed in (a) the Settlement Agreement (Doc. 80-1); (b) Plaintiff's and Proposed Class Counsel's Unopposed Motion for Preliminary Approval of Class Settlement and for Certification of Settlement Class, and Incorporated Memorandum of Law (Doc. 80); (c) Plaintiff's and Proposed Class Counsel's Memorandum in Response to Order to Show Cause (Doc. 83); (d) Plaintiff's Unopposed Motion

1

3. The FCS Class Action website was launched on July 19, 2019, shortly after the Court preliminarily approved the Settlement.

4. On August 26, 2021, the same day that Plaintiffs' (1) Report on the Administration of the Settlement Fund; (2) Unopposed Application for Attorneys' Fees, Reimbursement of Expenses, and Settlement Administrator's Fees and Costs; and (3) Incorporated Memorandum of Law was submitted to the Court, Class Counsel published it to class members by posting it on the website.

5. The Class Notice, which was mailed to class members and published on the website informed class members that they should look to the website for ongoing information regarding the progress of the litigation, the Settlement, and settlement administration. The Class Notice specifically advised class members that "[y]ou should also register at the website to be directly notified of any future settlements and other information concerning this case."

6. The website was used extensively by class members to keep themselves informed of developments in the lawsuit. Motions, other filings, and Court orders were routinely posted to the website, where they were freely

---

for Final Approval of Class Settlement and Plan of Allocation, and Incorporated Motion of Law (Doc. 92); (e) Plaintiff's Counsel's Application for (1) an Award of Attorney's Fees, (2) Reimbursement of Expenses, and (3) Class Representative's Incentive Award; and Incorporated Memorandum of Law (Doc. 93); and (f) Plaintiffs' (1) Report on the Administration of the Settlement Fund; (2) Unopposed Application for Attorneys' Fees, Reimbursement of Expenses, and Settlement Administrator's Fees and Costs; and (3) Incorporated Memorandum of Law (Doc. 107).

available for scrutiny by class members. Class counsel and other Robins Kaplan LLP lawyers regularly fielded telephone calls and/or emails from class members that indicated they had been reviewing materials posted on the website. There were a total of 11,025 sessions on the website, with 24,435 page views.

7. Class Counsel mentioned to representatives of one or more insurance company class members that it was filing a motion for additional fees and costs. A senior in-house counsel at least one large insurer informed a Robins Kaplan LLP attorney that he had perused the fee Motion on the website.

8. The settlement administrator Epiq Class Action & Claims Solutions, Inc. ("Epiq") has received a quotation from the *Fort Myers News-Press* and *Sarasota Herald Tribune* of $4,283 for publishing short form notices of the Motion on a Thursday and the following Sunday.

9. Epiq has also provided us with an estimate of over $50,000 for mailing notice of the Motion to all class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January, 2022.

_____
Eamon O'Kelly
ROBINS KAPLAN LLP
900 Third Avenue, Suite 1900
New York, New York 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
Email: eokelly@robinskaplan.com

*Class Counsel and Counsel for the Plaintiff County of Monmouth, New Jersey*