UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COUNTY OF MONMOUTH
NEW JERSEY,

     Plaintiff,

v.                      CASE NO. 2:18-cv-201-SDM-MRM

FLORIDA CANCER SPECIALISTS
P.L., et al.,

     Defendants.
_____/

### ORDER

     Reporting increased costs resulting from a difficulty in distributing settlement money to "health-plan class members that provide 'administrative services only' . . . to self-insured clients," class counsel moves (Doc. 107 at 15–16) for payment of (1) an additional attorney's fee of $248,189.50; (2) costs of $3,058.03; and (3) fees and costs of $360,628.91 to the settlement administrator.  Because class counsel fails to properly notify the class members of the motion, a thorough and well-reasoned report (Doc. 111) recommends denying the motion without prejudice.  No objection appears.

The report and recommendation (Doc. 111) is **ADOPTED**.<sup>*</sup>  The motion

(Doc. 107) is **DENIED WITHOUT PREJUDICE**.  The plaintiff may propose a

notice and a procedure for a class member to object to a renewed motion not later

than **FEBRUARY 28, 2022**.

Also, Adam Mendel's unopposed motion (Doc. 112) to withdraw as counsel is

**GRANTED**.  Adam Mendel is **WITHDRAWN**.  The clerk must terminate Adam

Mendel from the service list.

ORDERED in Tampa, Florida, on February 1, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

<sup>*</sup> On page eleven, the report and recommendation discusses "the change in language of Rule 23(h) requiring that a fee motion be 'directed to class members' rather than 'given to all class members[.]'" This purposeful change in Rule 23(h) likely aims at the suggestion conveyed by "given" that the court must ensure that the notice is received by each member rather than that the court, as the new rule suggests, must ensure only that the notice—by the most reasonable and practical means—is directed to each class member. I expressly concur with the Magistrate Judge's determination that the present rule excludes the option of mere publication, whether in a newspaper, a website, or the like, which is not designed to—and reasonably likely to—reach each available class member. In sum, Rule 23(h) requires a notice directed to each class member individually.