UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COUNTY OF MONMOUTH,
NEW JERSEY,

    Plaintiff,

v.                                               CASE NO. 2:18-cv-201-SDM-MRM

FLORIDA CANCER
SPECIALISTS, P.L., et al.,

    Defendants.
_____/

## ORDER

    The plaintiff's motion (Doc. 118) for an attorney's fee and costs is **REFERRED** to United States Magistrate Judge Mac McCoy for a report and recommendation.

    ORDERED in Tampa, Florida, on April 4, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE