UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COUNTY OF MONMOUTH, NEW
JERSEY, on behalf of itself and all
others similarly situated,

    Plaintiff,

v.                                            CASE NO. 2:18-cv-201-SDM-KCD

FLORIDA CANCER
SPECIALISTS, P.L. and WILLIAM
N. HARWIN,

    Defendants.
_____/

## ORDER

    The County of Monmouth, New Jersey, moves (Doc. 118) for an attorney's fee, for reimbursement of expenses, and for the settlement administrator's fees and costs. In a thorough report, the magistrate judge recommends (Doc. 124) granting the motion. No objection appears. The report and recommendation (Doc. 124) is **ADOPTED**. The motion (Doc. 118) is **GRANTED**. A payment from the Settlement Fund of an attorney's fee of $248,189.50 and expenses of $3,058.03 is **APPROVED**. Further, a $390,570.38 payment of fees and costs to the settlement administrator is **APPROVED**. And to pay the cost of mailing the second class notice, a future payment of less than $50,000 to the settlement administrator is

**APPROVED**.  Jurisdiction to allocate the remaining balance of the Settlement Fund is retained.

ORDERED in Tampa, Florida, on November 14, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE